| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT NO. |
|---|---|---|
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. _____ |

ANGELA J. POGUE, as Personal                )
Representative of the Estate of             )
Marilyn Jane Cox, and on behalf             )
of the Estate of Marilyn Jane Cox           )
                                            )
           Plaintiff,    )
                                            )
   vs.                                      )
                                            )
THE KROGER COMPANY, and                     )
KROGER PHARMACY                             )
                                            )
          Defendants.   )

## E-FILE APPEARANCE BY ATTORNEYS IN CIVIL CASE

1. The party on whose behalf this form is being filed is:

   Initiating __√__ Responding _____ Intervening _____ ; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Name of party:  **Angela J. Pogue, as Personal Representative of the Estate of Marilyn Jane Cox, and on behalf of the Estate of Marilyn Jane Cox**

   Address of party *(see Question # 5 below if this case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order)*

   Address: _____

   Telephone # of party: _____

2. Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rule 3.1 and 77(B) is as follows:

   Robert D. Emmerson      Attorney No. 21617-49

   Michael D. Wilhelm      Attorney No. 25224-49

   Katherine M. Slisz      Attorney No. 36317-49

EXHIBIT "A"

| | |
|---|---|
| DeFur Voran LLP | Telephone: (317) 585-8085 |
| 8409 Fishers Centre Drive | Facsimile: (317) 585-8858 |
| Fishers IN 46038 | Email: remmerson@defur.com |
| | mwilhelm@defur.com |
| | kslisz@defur.com |

**IMPORTANT**: Each attorney specified on this appearance:

(a) certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b) acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and

(c) understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3. This is a CT case type as defined in administrative Rule 8(B)(3).

4. This case involves child support issues. Yes _____ No __√__

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order. Yes ____ No __√__

6. This case involves a petition for involuntary commitment. Yes ____ No __√__

7. There are related cases: Yes ____ No __√__ *(If yes, list on continuation page.)*

8. Additional information required by local rule: _____
   There are other party members: Yes ____ No __√__ *(If yes, list on continuation page.)*

9. This form has been served on all other parties and Certificate of Service is attached: Yes __√__ No ____

By:____/s/ Robert D. Emmerson_____

Attorney-at-Law

(Attorney information shown above.)

## **CERTIFICATE OF SERVICE**

    I certify that on the ***2nd day of August, 2021***, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record in this matter:

The Kroger Company
c/o Corporation Service Company
50 West Broad Street, Suite 1330
Columbus, OH 43215

Kroger Pharmacy
c/o Corporation Service Company
135 North Pennsylvania St., Suite 1610
Indianapolis, IN 46204

                                                  /s/ Robert D. Emmerson

Case 1:21-cv-02323-JRS-TAB Document 1-1 Filed 08/25/21 Page 4 of 19 PageID #: 9

49D11-2108-CT-026016

Marion Superior Court 11

Filed: 8/2/2021 4:45 PM
Clerk
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION SUPERIOR COURT NO. |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. _____ |

| | |
|---|---|
| ANGELA J. POGUE, as Personal ) Representative of the Estate of ) Marilyn Jane Cox, and on behalf ) of the Estate of Marilyn Jane Cox ) ) Plaintiff, ) ) vs. ) ) THE KROGER COMPANY, and ) KROGER PHARMACY ) ) Defendants. ) | |

## COMPLAINT FOR DAMAGES

Comes now the Plaintiff, Angela J. Pogue, as Personal Representative of the Estate of Marilyn Jane Cox, and on behalf of the Estate of Marilyn Jane Cox, by counsel, and for her Complaint for Damages against the Defendants, The Kroger Company and Kroger Pharmacy, states and alleges as follows:

### I.

### Statement and Jurisdiction

1. This is a clear liability case in which Defendants, The Kroger Company and Kroger Pharmacy negligently canceled Marilyn Jane Cox's prescription of Eliquis, a lifesaving blood thinner medication, and later canceled Mrs. Cox's prescription of Lasix, another lifesaving medication.

2. That Marilyn Jane Cox at all times relevant and material to this action, resided in Marion County, Indianapolis, Indiana.

3. That Kroger Company at all times relevant and material to this action, is a for-profit business corporation headquartered in Cincinnati, Ohio and doing business in Indiana.

4. The incidents occurred at the Kroger Pharmacy, 2550 Lake Circle Drive, in Marion County, Indianapolis, Indiana. Matt Vudi was the overseeing pharmacist at the time of the incidents.

5. As a result of the cancellation of the prescriptions, Mrs. Cox sustained life threatening injuries, emotional distress, physical pain, and a severe decrease in her enjoyment of life.

6. Mrs. Cox died on May 29, 2021.

7. Jurisdiction and venue are appropriate in Marion County as the incidents occurred in Marion County, Indiana.

## II.

### Negligence

8. Plaintiff hereby realleges the allegations contained in paragraphs 1 through 7, as if fully restated herein.

9. On or about March 6, 2019, Dr. Douglas Segar prescribed Eliquis to Mrs. Cox and she continually took the prescribed Eliquis.

10. On or about September 3, 2019, Defendant's Pharmacy Technician, Tristan, negligently canceled Mrs. Cox's Eliquis prescription with Pharmacist Matt Vudi overseeing Kroger Pharmacy.

11. The last prescription of Eliquis Mrs. Cox received was on July 30, 2019.

12. The negligent prescription cancellation of Eliquis caused Mrs. Cox to suffer blood clots which necessitated her hospitalization on or about July 14, 2020. Following the summer 2020 Emergency Room visit, Mrs. Cox's health severely deteriorated.

13. Mrs. Cox had also been on Lasix continually since first being prescribed Lasix in March 2011.

14. Mrs. Cox had eight (8) refills of Lasix remaining, but on or about December 2019, Kroger Pharmacy unilaterally canceled her lifesaving Lasix prescription causing her additional damages.

15. Defendants had a duty to not cancel both medications where a cancelation was never requested by the customer.

16. Defendants had a duty to honor both prescriptions from a practitioner. I.C. § 25-26-13-16.

17. Defendants failed in the above-mentioned duties and are therefore negligent.

18. Defendants' negligence was the direct and proximate cause of Mrs. Cox's injuries and loss of enjoyment of life.

19. Defendants, The Kroger Company and Kroger Pharmacy, are liable through the doctrine of respondeat superior for the negligence of their employee Matt Vudi. In addition,

   a. The Kroger Company and Kroger Pharmacy failed to provide proper training for Matt Vudi;

   b. The Kroger Company and Kroger Pharmacy failed to provide proper supervision for Matt Vudi; and

   c. The Kroger Company and Kroger Pharmacy failed to use due diligence in hiring and monitoring Matt Vudi.

20. Mrs. Cox's injuries and damages were permanent.

21. Mrs. Cox incurred medical bills for the treatment of her injuries directly resulting from these incidents.

22. As a direct and proximate result of the negligence of The Kroger Company and Kroger Pharmacy, Mrs. Cox experienced physical and mental pain and suffering and other damages, and lost the ability to perform usual activities, resulting in a diminished quality of life.

### III.

### Wrongful Death

23. Plaintiff hereby realleges the allegations contained in paragraphs 1 through 20, fully restated herein.

24. In the alternative, Plaintiff alleges wrongful death. I.C. § 34-23-1-1.

25. Defendants' acts and omissions caused Mrs. Cox's damages and resulted in the injury and death of Mrs. Cox.

26. The Defendants were acting within the scope of their employment at all times relevant to this Complaint.

WHEREFORE, Plaintiff, Angela J. Pogue, as Personal Representative of the Estate of Marilyn Jane Cox, and on behalf of the Estate of Marilyn Jane Cox, by counsel, demand judgment against the Defendants The Kroger Company and Kroger Pharmacy for medical expenses, pain and suffering, and other damages, in an amount to be determined at the trial of this cause, including funeral and burial expenses, attorney fees and costs, and all other just and proper relief in the premises.

DEFUR VORAN LLP


By: /s/ Robert D. Emmerson

Robert D. Emmerson, Atty. #21617-49  
Michael D. Wilhelm, Atty. #25224-49  
Katherine M. Slisz, Atty. #36317-49  
8409 Fishers Centre Drive  
Fishers, IN 46038  
(T) 317-585-8085  
(F) 317-585-8858  
***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

      I certify that on the ***2nd day of August, 2021***, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record in this matter:

The Kroger Company
c/o Corporation Service Company
50 West Broad Street, Suite 1330
Columbus, OH 43215

Kroger Pharmacy
c/o Corporation Service Company
135 North Pennsylvania St., Suite 1610
Indianapolis, IN 46204

                                                          /s/ Robert D. Emmerson

# SUMMONS

Marion Superior Court

| | |
|---|---|
| ANGELA J. POGUE, as Personal Representative of the Estate of | In the Marion Superior Court, Room No. _____ |
| Marilyn Jane Cox, and on behalf of the Estate of Marilyn Jane Cox | |
| Plaintiff | |
| —vs— | Cause No. _____ |
| The Kroger Company and | |
| Kroger Pharmacy | |
| Defendant | |

TO DEFENDANT: (Name) __The Kroger Company c/o Corporation Service Company__

(Address) __50 West Broad Street, Suite 1330__

__Columbus, OH 43215__

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you be the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

Dated __8/3/2021__                        __Myla A. Eldridge__ (Seal)
                                            Clerk, Marion Superior Court

(The following manner of service of summons is hereby designated.)

[✔] Registered or certified mail.
[ ] Service at place of employment, to-wit: _____
[ ] Service on individual    (Personal or copy) at above address.
[ ] Service on agent. (Specify) _____
[ ] Other service. (Specify) _____

(SEAL - MARION COUNTY COURTS INDIANA)

__Robert D. Emmerson__
Attorney for Plaintiff

__8409 Fishers Centre Drive, Fishers, IN 46038__
Address

__(317) 585-8085__
Telephone

Marion County Superior Court
200 East Washington Street
Indianapolis, IN 46204
Telephone

Form #209

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this summons on the _____ day of _____, 20_____

(1) By delivering a copy of the Summons and a copy of the complaint to the defendant, _____

(2) By leaving a copy of the Summons and a copy of the complaint at _____
which is the dwelling place or usual place of abode of _____
and by mailing a copy of said summons to said defendant at the above address.

(3) Other Service or Remarks: _____

_____

Sheriff's Costs

Sheriff

By: _____
Deputy

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 20_____, I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by _____ mail, requesting a return receipt, at the address furnished by the plaintiff.

Clerk, Marion Superior Court

Dated: _____, 20_____   By: _____
Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on the _____ day of _____, 20_____.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____ day of _____, 20_____.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of said defendant on the _____ day of _____, 20_____.

Clerk, Marion Superior Court

By: _____
Deputy

---

Telephone | Address | Attorney for Plaintiff | | SHERIFF'S COSTS | SUPERIOR COURT ROOM NO. | SUMMONS | Defendant | vs. | Plaintiff | Cause No. _____ Room No. _____

# SUMMONS

Marion Superior Court 11

| | |
|---|---|
| ANGELA J. POGUE, as Personal Representative of the Estate of Marilyn Jane Cox, and on behalf of the Estate of Marilyn Jane Cox<br><br>Plaintiff<br><br>-vs-<br><br>The Kroger Company and<br><br>Kroger Pharmacy<br><br>Defendant | In the Marion Superior Court, Room No.<br><br><br>Cause No. _____ |

TO DEFENDANT: (Name) __Kroger Pharmacy c/o Corporation Service Company__

(Address) __135 North Pennsylvania St., Suite 1610__

__Indianapolis, IN 46204__

You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you be the plaintiff.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222), or the Marion County Bar Association Lawyer Referral Service (634-3950).

Dated __8/3/2021__ _Myla A. Eldridge_ _____ (Seal)

Clerk, Marion Superior Court

(The following manner of service of summons is hereby designated.)

[✔] Registered or certified mail.

[ ] Service at place of employment, to-wit _____

[ ] Service on individual (Personal or copy) at above address.

[ ] Service on agent. (Specify) _____

[ ] Other service. (Specify) _____

__Robert D. Emmerson__
**Attorney for Plaintiff**
__8409 Fishers Centre Drive, Fishers, IN 46038__
Address

__(317) 585-8085__
Telephone

Marion County Superior Court
200 East Washington Street
Indianapolis, IN 46204

Telephone

Form #209

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this summons on the _____ day of _____, 20_____

(1) By delivering a copy of the Summons and a copy of the complaint to the defendant, _____.

(2) By leaving a copy of the Summons and a copy of the complaint at _____

which is the dwelling place or usual place of abode of _____
and by mailing a copy of said summons to said defendant at the above address.

(3) Other Service or Remarks: _____

_____

_____

Sheriff's Costs

Sheriff _____

By: _____
Deputy

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 20_____, I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by _____ mail, requesting a return receipt, at the address furnished by the plaintiff.

Clerk, Marion Superior Court

Dated: _____, 20_____   By: _____
Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on the _____ day of _____, 20_____.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on the _____ day of _____, 20_____.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of said defendant on the _____ day of _____, 20_____.

Clerk, Marion Superior Court

By: _____
Deputy

---

Telephone | Address | Attorney for Plaintiff | SHERIFF'S COSTS | SUPERIOR COURT ROOM NO. | SUMMONS | Defendant | vs. | Plaintiff | Cause No. | Room No.

Filed: 8/19/2021 2:27 PM
Clerk
Marion County, Indiana

IN THE MARION SUPERIOR COURT NO. 11
STATE OF INDIANA

| | |
|---|---|
| ANGELA J. POGUE, as Personal Representative of the Estate of Marilyn Jane Cox, and on behalf of the Estate of Marilyn Jane Cox,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE KROGER COMPANY and KROGER PHARMACY,<br><br><br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CAUSE NO.: 49D11-2108-CT-026016<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR EXTENSION OF TIME TO ANSWER
## PLAINTIFF'S COMPLAINT FOR DAMAGES

Defendant, Kroger Limited Partnership I, incorrectly sued as The Kroger Company and Kroger Pharmacy, by counsel, respectfully moves the Court for an extension of time within which to answer Plaintiff's Complaint. In support of said Motion, Defendant states as follows:

1. This matter was initially filed by Plaintiff on or about August 2, 2021, and service was perfected on or about August 5, 2021. Defendant's responsive pleading is, therefore, currently due on or before August 27, 2021.

2. Undersigned counsel has just been retained in this matter to represent the Defendant's interests.

3. Undersigned counsel requires an additional thirty (30) days to investigate the facts and circumstances surrounding this incident in order to prepare an adequate answer and responsive pleading.

WHEREFORE, the Defendant, Kroger Limited Partnership I, incorrectly sued as The Kroger Company and Kroger Pharmacy, requests a thirty (30) day extension of time, through and including, September 24, 2021, within which to file its responsive pleading to the Plaintiffs' Complaint, and for all other relief just and proper in the premises.

Respectfully Submitted,

COOTS, HENKE & WHEELER, P.C.

/s/ *Jeffrey S. Zipes*
Jeffrey S. Zipes          #15303-29
Attorney for Defendant,
Kroger Limited Partnership I incorrectly sued as The Kroger Company and Kroger Pharmacy

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on **August 13, 2021**, I electronically filed the foregoing document using the Indiana E-filing System ("IEFS"). I certify that the foregoing person was electronically served a copy of the foregoing document:

Robert D. Emmerson
Michael D. Wilhelm
Katherine M. Slisz
8409 Fishers Centre Drive
Fishers, IN 46038

/s/ Jeffrey S. Zipes
Jeffrey S. Zipes

Jeffrey S. Zipes          15303-29
COOTS HENKE & WHEELER, P.C.
255 East Carmel Drive
Carmel, IN  46032
(317)  844-4693
jzipes@chwlaw.com

2

IN THE MARION SUPERIOR COURT NO. 11
STATE OF INDIANA

| | |
|---|---|
| ANGELA J. POGUE, as Personal Representative of the Estate of Marilyn Jane Cox, and on behalf of the Estate of Marilyn Jane Cox,<br>    Plaintiff,<br><br>  vs.<br><br>THE KROGER COMPANY and KROGER PHARMACY,<br><br><br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CAUSE NO.: 49D11-2108-CT-026016<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE**

1. The party on whose behalf this form is being filed is:

   Initiating:_____   Responding: _XX_   Intervening:___; and

the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

Name of party   Kroger Limited Partnership I, incorrectly sued as The Kroger Company and Kroger Pharmacy

Address of party *(see Question #6 below if this case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order)*

Telephone # of party_____
 *(List on continuation page additional parties this attorney represents in this case.)*

2. Attorney information for service as required by Trial Rule 5(B)(2):

   Name:   Jeffrey S. Zipes           Attorney Number:  15303-29
   Address: Coots, Henke & Wheeler, P.C.   Telephone:   317 844-4693
       255 East Carmel Drive      FAX:         317 573-5385
       Carmel, Indiana 46032-2689   Computer Address: jzipes@chwlaw.com
   *(List on continuation page additional attorneys appearing for above party)*

IMPORTANT: Each attorney specified on this appearance:

    (a) certifies that the contact information listed for him on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Notice of Appeal;

    (b) **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and**

    (c) **understands that he is solely responsible for keeping his Roll of Attorneys contact information accurate, see Ind. Admis. Disc. R. 2(A).**

Attorneys can review and update their Roll of Attorneys contact information on the Clerk of Courts Portal at http://portal.courts.in.gov.

3.     This is a __CT__ case type as defined in administrative rule 8(B)(3):

4.     This case involves child support issues. Yes:____ No: _X_ *(If yes, supply social security numbers for all family members on separately attached document filed as confidential information on* **light green paper***. Use Form TCM-TR3.1-4.)*

5.     This case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order. Yes: ____ No __XX__ *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)* The party shall use the following address for purposes of legal service:

         _____ Attorney's address
         _____ The Attorney General Confidentiality program address
             (Contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.state.in.us**).
         _____ Another address (provide)

This case involves a petition for involuntary commitment. Yes: ____ No: _X_

6.     If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

         a.     Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above:
             _____

         b.     State of Residence of person subject to petition: _____

         c.     At least one of the following pieces of identifying information:
             (i)     Date of Birth _____
             (ii)     Driver's License Number _____
                 State where issued _____ Expiration date _____
             (iii)     State ID number _____
                 State where issued _____ Expiration date _____
             (iv)     FBI number _____
             (v)     Indiana Department of Corrections Number _____
             (vi)     Social Security Number is available and is being provided in an attached confidential document. Yes ____ No ____

7. There are related cases.   Yes:___   No: X   (*If yes, list on continuation page*)

8 . Additional information required by local rule: _____

9. There are other party members represented by undersigned counsel:  Yes:___   No: X   (*If yes, list on continuation page*)

10. This form has been served on all other parties. Certificate Of Service is attached: Yes:X No:

        /s/ Jeffrey S. Zipes
        Jeffrey S. Zipes 15303-29
        Kroger Limited Partnership I incorrectly sued as The Kroger Company and Kroger Pharmacy

### **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 13, 2021, I electronically filed the foregoing document using the Indiana E-filing System ("IEFS").  I certify that the foregoing person was electronically served a copy of the foregoing document:

Robert D. Emmerson
Michael D. Wilhelm
Katherine M. Slisz
8409 Fishers Centre Drive
Fishers, IN 46038

        /s/ Jeffrey S. Zipes
        Jeffrey S. Zipes


Jeffrey S. Zipes            15303-29
COOTS HENKE & WHEELER, P.C.
255 East Carmel Drive
Carmel, IN  46032
(317)  844-4693
jzipes@chwlaw.com

F I L E D
August 13, 2021
CLERK OF THE COURT
MARION COUNTY
GB

IN THE MARION SUPERIOR COURT NO. 11
STATE OF INDIANA

| | |
|---|---|
| ANGELA J. POGUE, as Personal Representative of the Estate of Marilyn Jane Cox, and on behalf of the Estate of Marilyn Jane Cox,<br>　　　　　Plaintiff,<br><br>　　vs.<br><br>THE KROGER COMPANY and KROGER PHARMACY,<br><br><br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)　CAUSE NO.: 49D11-2108-CT-026016<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Defendant, Kroger Limited Partnership I, incorrectly sued as The Kroger Company and Kroger Pharmacy, by counsel, having filed its Motion for Extension of Time to Answer Plaintiff's Complaint. And the Court having examined said Motion and being duly advised in the premises, now finds that said Motion should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendant, Kroger Limited Partnership I, incorrectly sued as The Kroger Company and Kroger Pharmacy, be granted a thirty (30) day extension of time, to and including September 24, 2021, to respond to Plaintiff's Complaint.

DATED: **August 13, 2021**　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JUDGE, MARION SUPERIOR COURT NO. 11

COPIES TO:

Jeffrey S. Zipes　　　　　　　　　　　Robert D. Emmerson
COOTS HENKE & WHEELER, P.C.　　　　Michael D. Wilhelm
255 East Carmel Drive　　　　　　　　Katherine M. Slisz
Carmel, IN  46032　　　　　　　　　　8409 Fishers Centre Drive
　　　　　　　　　　　　　　　　　　　Fishers, IN 46038